

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 3, 2026

**BY EMAIL**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Unsealing of Indictment S4 24 Cr. 376 (JLR)**

Dear Judge Rochon:

      The Government respectfully requests that Indictment S4 24 Cr. 376 (JLR) be unsealed.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By: _____

      Lisa Daniels
      Alexandra S. Messiter
      Henry L. Ross
      Assistant United States Attorneys

SO ORDERED:

      Dated: March 3, 2026
          New York, New York

_____
HONORABLE JENNIFER L. ROCHON
United States District Judge
Southern District of New York