LAW OFFICE OF ROBERT OSUNA, PC
11 PARK PLACE, SUITE 1100
NEW YORK, NEW YORK 10007
212.233.1033
ROBERTOSUNAPC@YAHOO.COM

Via ECF

April 7, 2026

Hon. Jennifer L. Rochon
U.S. District Judge
Southern District of New York
500 Pearl St
New York, NY 10007

**Re:** **USA v. Hector Felix, 24 Cr. 376**
**Status Report and Adjournment Request**

Letter Motion GRANTED.  The status conference is adjourned from April 8, 2026 to **April 27, 2026 at 11:30 a.m.**  Speedy trial time is excluded until April 27, 2026.  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the need for the Defendant to further discuss potential resolution of this case.  This resolves the letter motions at Dkts. 106 and 107.

Dated: April 7, 2026
   New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Dear Judge Rochon,

I submit this letter as a status report and a request for a brief adjournment.

The Government and I have been in contact and based on certain factors, we have agreed to extend the discovery deadline to April 20, 2026.

Additionally, I notified the Government that I plan on making a bail application, which I would like to submit in writing for the Court's consideration.

The Government will need time to review the pre-trial services report, as will I.

Accordingly, we are asking for a brief adjournment of the conference currently scheduled for Wednesday, April 8, 2026.

To date, the Government has not agreed to a bail package, but I will continue my conversations to see if we can reach an agreement as to conditions of release.

I ask that we adjourn to April 27, 2026, at 11:30 am, and we further ask that time be excluded under the Speedy Trial Act from April 8, 2026, to April 27, 2026, to receive and review discovery, engage in plea discussions, and engage in bail discussions with the Government.

I thank Your Honor for your time and attention to this matter.

Sincerely,

Law Office of Robert Osuna, PC
By:    Robert Osuna, Esq.