UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

HECTOR FELIX,

Defendant.

24-cr-00376-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The status conferences previously scheduled for July 22, 2026 is rescheduled for **July 20, 2026 at 3:00 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: July 8, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge